IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CASE NO. 3 22 cr 0087 |
| Plaintiff, | : | MICHAEL J. NEWMAN |
| v. | : | |
| **FREDERICK CLARK FRY,** | : | **INDICTMENT**<br>**18 U.S.C. § 2252(a)(2) and (b)(1)**<br>**18 U.S.C. § 2252(a)(4)(b) and (b)(2)** |
| Defendant. | : | |

**THE GRAND JURY CHARGES THAT:**

### COUNT 1
### [18 U.S.C. § 2252(a)(2) and (b)(1)]

On or about October 9, 2017, in the Southern District of Ohio, the defendant, **FREDERICK CLARK FRY**, knowingly distributed or attempted to distribute any visual depiction using any means or facility of interstate or foreign commerce, that has been mailed, shipped and transported in or affecting interstate or foreign commerce, by any means including by computer; and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction was of such conduct.

All in violation of Title 18 United States Code Section 2252(a)(2) and (b)(1).

### COUNT 2
### [18 U.S.C. § 2252(a)(4)(B) and (b)(2)]

On or about June 20, 2022, in the Southern District of Ohio, the defendant, **FREDERICK CLARK FRY**, knowingly possessed or accessed with the intent to view at least one matter which contains any visual depiction that has been mailed, shipped and transported using any means and facility of interstate or foreign commerce, including by computer; and the production of such visual

depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduction.

All in violation of Title 18 United States Code Section § 2252(a)(4)(B) & (b)(2).

## FORFEITURE ALLEGATION

Upon conviction of any offense set forth in this Indictment, the defendant, **FREDERICK CLARK FRY**, shall forfeit to the United States pursuant to 18 U.S.C. § 2253(a): (1) any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B or 2260 of Chapter 110 of Title 18 of the United States Code, or any book, magazine, periodical, film, videotape or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18 of the United States Code; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense(s); and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property, including but not limited to the following:

- Two HP laptops;
- Four thumb drives;
- HP desktop computer;
- Three wireless receiver dongles;
- Four tablets;
- Sony DVR camera;
- Nine mini DVDs;
- Twelve CDs; and
- Notebook.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b), to seek forfeiture of any other property of the defendant, up to the value of the property described above.


A TRUE BILL

/s/
FOREMAN


KENNETH L. PARKER
United States Attorney

*Christina Mahy*
CHRISTINA MAHY
Assistant United States Attorney