UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

    Plaintiff,                                                  Case No. 3:22-cr-87

vs.

FREDERICK CLARK FRY,                  District Judge Michael J. Newman

    Defendant.

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc No. 25)

This criminal case is before the Court on the Report and Recommendation of the United States Magistrate Judge, recommending that the Court accept Defendant Frederick Clark Fry guilty plea.  Doc. No. 25.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The Court accepts Defendant's plea of guilty as charged in the count one of the indictment currently pending against him and find him guilty as charged of distribution of child pornography in violation of 18 U.S.C. §§ 2252(a)(2) and (b)(1).  *Id*.; *see* Doc. Nos. 17, 22.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **January 5, 2023 at 2:00 PM**.

    **IT IS SO ORDERED.**

October 28, 2022                                                   s/*Michael J. Newman*
                                                                    Hon. Michael J. Newman
                                                                    United States District Judge