IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | : | CASE NO. **3:22-CR-87** |
| Plaintiff, | : | **JUDGE MICHAEL J. NEWMAN** |
| v. | : | |
| **FREDERICK CLARK FRY**, | : | **MOTION TO UNSEAL CASE FROM INDICTMENT (R. 17) FORWARD** |
| Defendant. | : | |

Now comes the United States, by counsel, and respectfully requests that the above captioned case be unsealed from the Indictment (R. 17) forward.  Undersigned counsel has conferred with counsel for the defendant, and he does not object to this request.

        Respectfully submitted,

        KENNETH L. PARKER
        United States Attorney

        s/Christina Mahy
        CHRISTINA MAHY (OR0092671)
        Assistant United States Attorney
        Attorney for Plaintiff
        Federal Building
        200 West Second Street, Suite 600
        Dayton, Ohio 45402
        (937) 225-2910
        Fax: (937) 225-2564
        Christina.mahy@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion was electronically filed defense counsel this 26th day of January, 2023.

s/Christina Mahy
CHRISTINA MAHY (OR0092671)
Assistant United States Attorney
